```
       IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF OKLAHOMA
```

DORA K. FORD,                   )
                                )
          Plaintiff,            )
                                )
v.                              )    Case No. CIV-14-430-KEW
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner of Social          )
Security Administration,        )
                                )
          Defendant.            )

## **J U D G M E N T**

On this date, the Court entered its final order affirming the decision of the Administrative Law Judge.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is AFFIRMED.

IT IS SO ORDERED this 29th day of March, 2016.

*[signature]*

Kimberly E. West
United States Magistrate Judge
Eastern District of Oklahoma